**United States District Court**
For the Northern District of California

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8
9

TOP GRADE CONSTRUCTION

10

Plaintiff,                                    No. C-11-02194 EDL

11

v.                                    **ORDER RE: PLAINTIFF'S NOVEMBER 4, 2011 LETTER**

12

FLUORESCO LIGHTING-SIGN

13

Defendant.
_____/

14

The Court is in receipt of Plaintiff's November 4, 2011 letter regarding a discovery dispute. The

15

Court notes that Plaintiff has not filed this letter, and instructs Plaintiff to do so. Defendant shall file

16

a responsive letter no later than 9:00 a.m. on Wednesday, November 9, 2011. Thereafter, the Court will

17

decide whether to hold a telephone conference or to resolve it through other means.

18

**IT IS SO ORDERED.**

19

Dated: November 7, 2011

20

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

21
22
23
24
25
26
27
28