**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOP GRADE CONSTRUCTION

Plaintiff,

v.

FLUORESCO LIGHTING-SIGN

Defendant.
_____/

No. C-11-02194 EDL

**ORDER RE: PLAINTIFF'S NOVEMBER 4, 2011 LETTER**

The Court is in receipt of Plaintiff's November 4, 2011 letter regarding a discovery dispute. The Court notes that Plaintiff has not filed this letter, and instructs Plaintiff to do so. Defendant shall file a responsive letter no later than 9:00 a.m. on Wednesday, November 9, 2011. Thereafter, the Court will decide whether to hold a telephone conference or to resolve it through other means.

**IT IS SO ORDERED.**

Dated: November 7, 2011

*Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge