IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP GRADE CONSTRUCTION,<br><br>            Plaintiff,<br><br>    v.<br><br>FLUORESCO LIGHTING-SIGN,<br><br>            Defendant.<br>_____/ | No. C -11-02194 EDL<br><br>**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |

This case shall be referred to Judge Nathanael Cousins for a settlement conference. Counsel will be contacted by Judge Cousins' chambers with the date and time for the conference to take place as soon as possible and convenient to his calendar.

**IT IS SO ORDERED.**

Dated: April 4, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge