IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP GRADE CONSTRUCTION, | No. C-11-02194 EDL |
| Plaintiff, | **ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |
| v. | |
| FLUORESCO LIGHTING-SIGN, | |
| Defendant. | |

This case shall be referred to Judge Nathanael Cousins for a settlement conference. Counsel will be contacted by Judge Cousins' chambers with the date and time for the conference to take place as soon as possible and convenient to his calendar.

**IT IS SO ORDERED.**

Dated: April 4, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge